

# CASE ANNOUNCEMENTS

*October 5, 2010*

[Cite as *10/05/2010 Case Announcements*, 2010-Ohio-4835.]

## MOTION AND PROCEDURAL RULINGS

**2010–0180. In re C.B.**
Cuyahoga App. No. 92775. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of the motion of Timothy R. Sterkel to withdraw as counsel,

It is ordered by the court that the motion is granted.

## MISCELLANEOUS DISMISSALS

**2010–1513. State ex rel. Pheils v. Jennings.**
In Mandamus and Procedendo. This cause originated in this court on the filing of a complaint for a writ of mandamus and procedendo. Upon consideration of relator's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

# CASE ANNOUNCEMENTS

*October 6, 2010*

[Cite as *10/06/2010 Case Announcements*, 2010-Ohio-4857.]

## MOTION AND PROCEDURAL RULINGS

**2010–1007. State v. Lester.**
Auglaize App. No. 2–10–20. This cause is pending before the court as an appeal from the Court of Appeals for Auglaize County. Upon consideration thereof,

It is ordered by the court, sua sponte, that Jon Oebker of Cleveland, Ohio, is appointed to represent appellant.

**2010–1372. State v. Lester.**
Auglaize App. No. 2–10–20. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Auglaize County. Upon consideration thereof,

It is ordered by the court, sua sponte, that Jon Oebker of Cleveland, Ohio is appointed to represent appellant.